IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | § | |
| Plaintiff, | § | |
| v. | § | CAUSE NO. EP-25-CV-227-KC |
| CAPITAL GURUS, | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the parties Stipulation to Dismiss with Prejudice, ECF No. 21. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the claims of any putative class members, which have not been certified, are **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 23(e).

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 21st day of January, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE